# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES BEAL,                                        : No. 168 MM 2014
:
Petitioner                          :
:
:
:
v.                                   :
:
:
:
COMMONWEALTH OF PENNSYLVANIA,                       :
:
Respondent                          :

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.